**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JULIO JOSE HIGUERA,<br>           Petitioner,<br><br>vs.<br><br>ROSMARY DEL CARMEN ABREU JIMENEZ,<br>           Respondent, | CIVIL ACTION FILE<br><br>NO.  1:23-cv-05026-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Petitioner's Verified Petition for Return of Child to Venezuela and the court having granted the Petition, it is

**Ordered and Adjudged** that the minor child M.A.H.A. shall be returned to Petitioner no later than 5:00 pm on Thursday, November 16, 2023.

Dated at Atlanta, Georgia, this 16th day of November, 2023.

                                                                 KEVIN P. WEIMER
                                                                 CLERK OF COURT


                                                                 By: s/ T. Tran
                                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 16, 2023
Kevin P. Weimer
Clerk of Court

By:      s/ T. Tran
         Deputy Clerk