UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIO JOSE HIGUERA,<br>　　　　　Petitioner,<br><br>vs.<br><br>ROSMARY DEL CARMEN<br>ABREU JIMENEZ,<br>　　　　　Respondent, | CIVIL ACTION FILE<br><br>NO. 1:23-cv-05026-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Motion for An Award of Attorney's Fees and other costs, and the court having **granted** said motion, it is

**Ordered and adjudged** that Petitioner recover from Respondent $10,000 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 13th day of February, 2024.

　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ T. Tran
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
February 13, 2024
Kevin P. Weimer
Clerk of Court

By:　s/ T. Tran
　　　Deputy Clerk